UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA
Western Division

U.S.A. vs. Torral George                                Docket No. 5:10-CR-297-1FL

Petition for Action on Term of Supervised Release

**COMES NOW** Scott Plaster, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Torral George, who, upon an earlier plea of guilty to Possession of a Stolen Firearm, was sentenced by the Honorable Louise W. Flanagan, U.S. District Judge, on November 21, 2011, to the custody of the Bureau of Prisons for a term of 35 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months.

Torral George was released from custody on March 1, 2013, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** On November 25, 2014, a Violation Report was submitted to the court, advising that the defendant had been charged with Driving While License Revoked (DWLR) on June 24, October 12, and November 20, 2014. Additionally, the defendant was charged with Operate Vehicle With No Insurance on October 12, 2014. The court was also notified that the defendant was charged with the misdemeanor offense of Attempted Break or Enter Building on November 12, 2014, and was arrested and released on November 18, 2014. While the defendant claims his license was revoked as a result of mix-ups or misunderstandings, he could not provide any explanations for why he failed to appear in court, which ultimately led to his driving privileges being suspended/revoked. Furthermore, on November 24, 2014, the defendant was charged with another offense of DWLR in Johnston County, North Carolina. He also was untruthful when questioned about this on November 25, 2014. The court was informed that a recommendation for a period of intermittent confinement was going to be offered to the defendant as a sanction for his noncompliance with the conditions of supervision when the defendant reported to the probation office. The recommendation for intermittent confinement in the custody of the Bureau of Prisons for 10 consecutive days was presented to the defendant on December 2, 2014, and the defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall be confined in the custody of the Bureau of Prisons for a period of 10 days, as arranged by the probation office and shall abide by all rules and regulations of the designated facility.

Except as herein modified, the judgment shall remain in full force and effect.

| | |
|---|---|
| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
| /s/ Jeffrey L. Keller | /s/ Scott Plaster |
| Jeffrey L. Keller | Scott Plaster |
| Supervising U.S. Probation Officer | U.S. Probation Officer |
| | 310 New Bern Avenue Room 610 |
| | Raleigh, NC 27601-1441 |
| | Phone: 919-861-8808 |
| | Executed On: December 4, 2014 |

**Torral George**
**Docket No. 5:10-CR-297-1FL**
**Petition For Action**
**Page 2**

## ORDER OF THE COURT

Considered and ordered this ___8th___ day of ___December___, 2014 and ordered filed and made a part of the records in the above case.

*/s/ Louise W. Flanagan*
_____
Louise W. Flanagan
U.S. District Judge